HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ABELARDO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:15-mj-222 CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO VACATE IDENTITY HEARING AND SET |
| v. ) | FOR RULE 20 STATUS AND DETENTION |
| ) | HEARING |
| ABELARDO RODRIGUEZ, ) | |
| ) | DATE:   December 2, 2015 |
| Defendant. ) | TIME:    2:00 p.m |
| ) | JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Yelovich, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Abelardo Rodriguez, that the status conference hearing for Identity and Rule 20 transfer on December 1, 2015 at 2:00 p.m. be converted to a Rule 20 Status and Detention Hearing, and continued to December 2, 2015 at 2:00 p.m.

Defense counsel wishes to present to the Court a potential bond package for the release of Mr. Rodriguez.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 2, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order                                -1-

1  Dated: November 24, 2015          Respectfully submitted,

2                                    HEATHER E. WILLIAMS
                                     Federal Defender
3
                                     */s/ Hannah R. Labaree*
4                                    HANNAH R. LABAREE
                                     Assistant Federal Defender
5
                                     Attorney for Defendant
6                                    ABELARDO RODRIGUEZ

7
   Dated: November 24, 2015          BENJAMIN B. WAGNER
8                                    United States Attorney

9                                    */s/  Matthew Yelovich*
                                     MATTHEW YELOVICH
10
                                     Assistant United States Attorney
11                                   Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                -2-

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 1, 2015 hearing for Identity and Rule 20 transfer be converted to a Rule 20 Status and Detention Hearing, and continued to December 2, 2015, at 2:00 p.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 2, 2015 status conference and detention hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated: November 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE